**Order Filed February 1, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00644-CR
_____

**RADAWN SANDERS TAPSCOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 19-051**

## ORDER

The reporter's record has not been filed in this case. The court reporter has informed this court that appellant has not requested preparation of the record. Further, the court reporter was informed that appellant does not want to proceed with this appeal. However, no motion for voluntary dismissal has been filed. *See* Tex. R. App. P. 42.2.

If no motion to dismiss the appeal is filed on or before **February 11, 2022**, this court will abate the appeal and direct the trial court to immediately conduct a hearing, at which appellant, appellant's counsel, and state's counsel shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal. *See* Tex. R. App. P. 38.8(b).

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.